# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JERMAINE PORTER**                                                    **PLAINTIFF**
**#251673**

v.                             Case No. 4:22-CV-00841-LPR

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**                              **DEFENDANTS**

## **ORDER**

On September 13, 2022, Plaintiff Jermaine Porter, an inmate at the Pulaski County Detention Facility, filed a pro se complaint pursuant to 42 U.S.C. § 1983.[1] On September 15, 2022, the Court ordered Mr. Porter to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The September 15 Order was returned as undeliverable on October 3, 2022.[3] Accordingly, and on that same date, the Court entered a text order directing Mr. Porter to provide notice of his current mailing address within 30 days if he wished to proceed with this lawsuit.[4] The Court warned Mr. Porter that his failure to comply with the Order may cause his Complaint to be dismissed.[5] Mr. Porter has not complied with, or otherwise responded to, either the September 15 Order or the October 3 Order. The time for doing so has expired.

---

[1] Compl. (Doc. 1) at 1, 3.

[2] Order (Doc. 2). The September 15 Order was entered by United States Magistrate Judge Patricia S. Harris. *Id.*

[3] Returned Mail (Doc. 3).

[4] Order (Doc. 4). The October 3 Order was also entered by Judge Harris.

[5] *Id.*

Mr. Porter's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6]  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 12th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).